**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 06-6897**

_____

WADE STEPHNEY, a/k/a Wade Stephney, Jr.,

Plaintiff - Appellant,

versus

LEON LOTT, JR., Sheriff of Richland County; J.
WILLOUGHBY, Investigator for Richland County
Sheriff's Department; RONALDO D. MYERS,
Director of Alvin S. Glenn Detention Center;
HAYHURST, Fugitive Squad Officer for Richland
County Sheriff's Department,

Defendants - Appellees,

and

UNKNOWN FUGITIVE SQUAD OFFICER, Richland
County Sheriff's Department,

Defendant.

_____

Appeal from the United States District Court for the District of
South Carolina, at Anderson.  Margaret B. Seymour, District Judge.
(8:05-cv-02740-MBS)

_____

Submitted: July 20, 2006              Decided: July 28, 2006

_____

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

---

Wade Stephney, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Wade Stephney appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Stephney v. Lott</u>, No. 8:05-cv-02740-MBS (D.S.C. May 9, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>